IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01662-PSF-BNB

JEROME GARDNER,

Plaintiff,

v.

THE CITY OF DURANGO, a municipality incorporated under the laws of Colorado,
AL BELL, individually,
GARY MCKNIGHT, individually,
DREW WILSON, individually,
TOM BOYCE, individually,
DAN SHRY, individually,
KENT O;DONNELL, individually, and
MATTHEW HENRY, individually,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **July 27, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 13, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge