IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01662-PSF-BNB

JEROME GARDNER,

    Plaintiff,

v.

THE CITY OF DURANGO, a municipality incorporated under the laws of Colorado;
AL BELL, Individually and in his official capacity as Chief of Police for the Durango Police Department;
DREW WILSON, Individually and in his official capacity as an Officer of the Durango Police Department;
TOM BOYCE, Individually and in his official capacity as an Officer of the Durango Police Department;
KENT O'DONNELL, Individually and in his official capacity as an Officer of the Farmington Police Department and a Temporary Officer of the Durango Police Department;
MATTHEW HENRY, Individually and in his official capacity as an Officer of the Farmington Police Department and a Temporary Officer of the Durango Police Department;
GARY McKNIGHT, Individually; and other
JOHN DOE law enforcement officers, Individually and in their official capacities as Officers of the Durango Police Department,

    Defendants.
_____

## ORDER
_____

    In light of the tentative settlement, the trial set on July 18, 2005 at 1:30 p.m. is vacated.

    Dated: July 15, 2005.

                                BY THE COURT:

                                s/ Phillip S. Figa
                                _____
                                Phillip S. Figa

United States District Judge